**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: GARY LEE ROCK | : | No. 335 MAL 2022 |
| | : | |
| | : | |
| PETITION OF: SHERRY ROCK | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.